FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 MAR -1 PM 3:10

UNITED STATES OF AMERICA

v.

CASE NO. 8:17-cr-86-T-17AAS
8 U.S.C. § 1326(a)

JOSE JUAREZ-PONCE

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 21, 2017, in the Middle District of Florida, the defendant,

JOSE JUAREZ-PONCE

being an alien of the United States, and who was deported, excluded, and removed from the United States on or about October 31, 2002, and on or about January 30, 2003, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By:

Kristen A. Fiore
Assistant United States Attorney

By:

Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

FORM OBD-34
February 17

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSE JUAREZ-PONCE

**INDICTMENT**

Violations: 8 U.S.C. § 1326(a)

A true bill,

[signature]
Foreperson

Filed in open court this 1st day
of March 2017.

______________________
Clerk

Bail $__________________

GPO 863 525

*T:_Cases\Criminal Cases\J\Juarez-Ponce, Jose_2017R00446_KAF\f_indictment back sheet.docx*